# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**GARY LEON WEBSTER**
**ADC #114018**

**PLAINTIFF**

v.  No. 3:19-cv-55-DPM

**NATASHA KAYJA, Officer,**
**Jonesboro Police Department**

**DEFENDANT**

## ORDER

Webster hasn't paid the $400 filing and administrative fees or filed an application to proceed *in forma pauperis*; and the time to do so has passed. № 3. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

16 April 2019