IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GARY LEON WEBSTER                                                PLAINTIFF
ADC #114018

v.                        No. 3:19-cv-55-DPM

NATASHA KAYJA, Officer,                                          DEFENDANT
Jonesboro Police Department

## JUDGMENT

Webster's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

16 April 2019